IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN L. NEAL, )
)
Plaintiff, )
)
v. ) No. 04 C 3355
)
FRANK SALVAGE, et al., )
)
Defendants. )

MEMORANDUM ORDER

Counsel for the Chicago Transit Authority ("CTA") has served a notice of presentment of a dismissal motion on behalf of persons designated in the Second Amended Complaint ("SAC") in this action as "Unknown Officers" of CTA. Quite apart from the somewhat bizarre notion that a motion can be filed by lawyers on behalf of purported "clients" who are unknown to them and who have obviously not retained them, this particular motion is extraordinarily distressing.

This action originated with a pro se 42 U.S.C. §1983 Complaint by John Neal ("Neal"). After Neal thereafter satisfied the requirements for appointment of a member of this District Court's trial bar to represent him pro bono publico, this Court made such an appointment--and ever since that time the appointed counsel has been frustrated in his efforts to ascertain the identity of CTA law enforcement personnel who were assertedly involved in the deprivation of Neal's constitutional rights. For over a year counsel has been trying without success to get that

information.

Accordingly, at the designated April 11, 2006 date set for presentment of the motion to dismiss this Court expects CTA's counsel to come armed with the missing information, as to which Neal's appointed counsel has been blocked by nonresponsiveness on the part of CTA representatives. That is the kind of cooperation that this Court has come to expect under like circumstances--and to receive--from other public law offices (that of the City of Chicago's Corporation Counsel, the Cook County State's Attorney and the State of Illinois Attorney General), and no legitimate reason appears for any lesser degree of cooperation from CTA and its people.

                                  Milton I. Shadur
                                  Senior United States District Judge

Date: April 5, 2006